IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD LONG,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 25-CV-181-GAG-GLJ |
| ) | |
| **META PLATFORMS, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The Court hereby adopts Magistrate Judge Jackson's extremely well-reasoned Report & Recommendation (Dkt. No. 26) insofar as its conclusion that defendant Meta Platforms, Inc. is not subject to general nor specific jurisdiction in Oklahoma.

However, rather than dismiss the action at hand, the Court, pursuant to 28 U.S.C. § 1631, hereby ORDERS that the same be TRANSFERRED to the United States District Court for the District of Delaware.[1]  The Court notes that defendant Meta Platforms, Inc. is incorporated in Delaware, thus jurisdiction lies in said federal district.

So Ordered.

/s/ Gustavo A. Gelpí _____
**GUSTAVO A. GELPÍ**
Circuit Judge, U.S. Court of Appeals for the First Circuit
Sitting by designation

---

[1] "28 U.S.C. § 1631 controls the action of a federal court when it finds that it lacks jurisdiction but that another federal court has jurisdiction." Ross v. Colo. Outward Bound Sch., Inc., 822 F.2d 1524, 1526 (10th Cir. 1987).